# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153131

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SAMER NACHAAT SALAMI,
      Defendant-Appellee.

SC: 153131
COA: 323073
Wayne CC:  13-003689-FH
           13-003690-FH

_____/

By order of July 26, 2016, the application for leave to appeal the December 10, 2015 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8). On order of the Court, the cases having been decided on July 24, 2017, 500 Mich 453 (2017), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals remanding this case to the trial court for proportionality review and for a hearing pursuant to *People v Lockridge*, 498 Mich 358 (2015), and we REMAND this case to the Court of Appeals for plenary review of the prosecutor's claim that the defendant's sentence was disproportionate, applying the standard set forth in *People v Milbourn*, 435 Mich 630, 636 (1990). See *People v Steanhouse*, 500 Mich at 460-461.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2017



Clerk

p1023